Ronald L. Motley (SC Bar # RM-2730)
Jodi Westbrook Flowers (SC Bar # 66300)
Donald Migliori, (RI Bar # 4963;
  MA Bar # 567562; and MN Bar # 0245951)
Vincent I. Parrett (CA Bar # 237563)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>*Electron Tubes Inc. v. Verizon Communications, et al.,*<br>No. C-06-6433-VRW | MDL Docket No 06-1791 VRW<br><br>**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL**<br><br>Courtroom:  6, 17th Floor<br>Judge:       The Hon. Vaughn R. Walker |

MDL Docket No.
M-06-01791-VRW          ORDER ON NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this notice of dismissal without prejudice of Defendants Verizon Communications, Cellco Partnership, and the National Security Agency. As there are no other active defendants in this case, this case is hereby dismissed.

Dated this  22  day of  February , 2007.

_____
Hon. Vaughn R. Walker



MDL Docket No.
M-06-01791-VRW        ORDER ON NOTICE OF VOLUNTARY DISMISSAL